Ryan T. Mangum, SBN 34344
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602-778-3700
Fax:  602-778-3750
ryan.mangum@ogletree.com
Attorneys for Defendant, Best Western International, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>        Plaintiff,<br><br>v.<br><br>Kingman Investments, LP dba Best Western Plus a Wayfarer's Inn & Suites; Best Western International, Inc.,<br><br>        Defendant. | No.<br><br>**JOINT NOTICE OF REMOVAL** |

**To the Clerk of the above-entitled Court:**

Pursuant to Local Rule of Civil Procedure ("Local Rule") 3.6(a) and 28 U.S.C. §§ 1331, 1441(a)(c) and 1446, Defendants, Kingman Investments, LP, d/b/a Best Western Plus a Wayfarer's Inn & Suites (the "Hotel") and Best Western International, Inc. (collectively, the Hotel and Best Western International, Inc. are "Defendants") provide notice of the removal to this Court of *Strojnik vs. Kingman Investments, LP dba Best Western Plus a Wayfarer's Inn & Suites; Best Western International, Inc.*, filed in the Mohave County Superior Court, and assigned case number S8015CV202001024.

**I.     INTRODUCTION**

Mr. Strojnik—a former attorney who, in 2019, was disbarred from practicing law in Arizona for filing thousands of meritless ADA accessibility lawsuits—has now begun filing ADA lawsuits as a pro se litigant and seeking tort damages for barriers to

accessibility that he alleges he personally encountered at the Hotel. *See, e.g.*, *Strojnik v. Kapalua Land Co. Ltd.*, 379 F. Supp. 1078, 1079–80 (D. Haw. 2019) (discussing Plaintiff's ADA litigation and disciplinary history). As a result, the United States District Courts for the Northern District of California and the Central District of California have declared Mr. Strojnik a vexatious litigant, *see Strojnik v. SCG Am. Constr. Inc.*, No. SACV191560JVSJDE, 2020 WL 4258814, at *6-8 (C.D. Cal. Apr. 19, 2020); Strojnik v. IA Lodging Napa First LLC*,* No. 19-CV-03983-DMR, 2020 WL 2838814, at *6-13 (N.D. Cal. June 1, 2020), and the United States District Court for the District of Hawaii found that he has "acted in bad faith[.]" *Strojnik v. Host Hotels & Resorts, Inc.*, CV 19-00136 JMS-RT, 2020 WL 2736975, at *7 (D. Haw. May 26, 2020).

The Complaint filed in the above-captioned matter marks the latest chapter in Mr. Strojnik's ceaseless crusade to commandeer the ADA in pursuit of pecuniary gain. In addition to an ADA claim, Mr. Strojnik has asserted a smorgasbord of state law claims that all arise from his underlying ADA claim, including negligence, negligent misrepresentation, failure to disclose, consumer fraud, civil conspiracy to commit fraud, and aiding and abetting. The Court has jurisdiction over the lawsuit because Mr. Strojnik's ADA claim arises under federal law.

### II.   THIS COURT HAS ORIGINAL JURISDICTION PURSUANT TO 28 U.S.C. § 1331 and § 1332

Under 28 U.S.C. § 1441(a), a defendant may remove any case over which the Court has "original jurisdiction." A district court has original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. *See* 28 U.S.C. § 1331.

Mr. Strojnik has asserted claims for alleged ADA violations that exist because of, and therefore arise under, the laws of the United States. *See* 42 U.S.C. § 12101, *et seq.*

### III.   THIS NOTICE OF REMOVAL IS TIMELY

A defendant may file a Notice of Removal within "30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based..." 28 U.S.C. § 1446(b)(1).

Pursuant to LRCIV 3.6, the Supplemental Civil Cover Sheet is attached hereto as Exhibit 1, the most recent state court docket is attached hereto as Exhibit 2, the operative complaint is attached hereto as Exhibit 3, the service documents are attached hereto as Exhibit 4, the remainder of the state court record is attached hereto as Exhibit 5, and a verification by undersigned counsel that true and correct copies of all pleadings and other documents filed in the state court proceeding have been filed is attached hereto as Exhibit 6.[1]

Mr. Strojnik filed this Complaint in the Mohave County Superior Court on November 9, 2020. *See* Exhibit 3. He filed a Declaration of Service alleging that he served Defendants on November 12, 2020. *See* Exhibit 4. This means Defendants' time for filing its Notice of Removal is due Monday, December 14, 2020. Accordingly, this Notice is timely. *See Gronquist v. Cunningham*, 747 F. App'x 532, 534 (9th Cir. 2018); *Wells v. Gateways Hosp. & Mental Health Ctr.*, 76 F.3d 390 (9th Cir. 1996) (applying Fed. R. Civ. P. 6(a) to the removal deadline under 28 U.S.C. § 1446(b)).

Defendants have served a copy of this Notice on Plaintiff and a copy of the Notice has also been filed with the Mohave County Superior Court Clerk pursuant to Local Rule 3.6. A copy of the Notice filed with the state court clerk is attached as Exhibit 7.

## IV. CONCLUSION

Because this case satisfies the requirements for being in federal district court and Defendants have complied with the removal process, this case should be removed from the Mohave County Superior Court to the U.S. District Court for the District of Arizona.

WHEREFORE, Defendants hereby remove this action from the Superior Court of the State of Arizona, County of Mohave, to this Court.

---

[1] No Answers have been filed, no state court orders terminating or dismissing parties exist, and there have been no notices of appearance.

3

RESPECTFULLY SUBMITTED this 14th day of December 2020.

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

        By:   s/ Ryan T. Mangum
              Ryan T. Mangum
              Esplanade Center III, Suite 800
              2415 East Camelback Road
              Phoenix, AZ  85016
              Attorneys for Defendant, Best Western International, Inc.


        FENNEMORE CRAIG, P.C.

        By:   s/ Todd Kartchner
              Todd Kartchner
              Brett C. Gilmore
              2394 E. Camelback Road
              Suite 600
              Phoenix, AZ 85016
              Telephone: (602) 916.5000
              tkartchner@fennemorelaw.com
              bgilmore@fennemorelaw.com

              Attorneys for Defendants Kingman Investments, LP dba Best Western Plus a Wayfarer's Inn & Suites

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December 2020, the foregoing document was filed through the CM/ECF system and served on the following by email/mail:

Peter Strojnik
7847 N. Central Avenue
Phoenix, AZ 85020
Telephone: (602) 524-6602
ps@strojnik.com
Plaintiff pro se


s/ Bernadette Young