Ryan T. Mangum, SBN 034344
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: 602.778.3700
Facsimile: 602.778.3750
Ryan.mangum@ogletree.com
Attorneys for Defendant Best Western
International, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>      Plaintiff,<br><br>v.<br><br>Kingman Investments, LP dba Best Western Plus a Wayfarer's Inn & Suites; Best Western International, Inc.,<br><br>      Defendant. | No. 3:20-cv-08333-JJT<br><br>**NOTICE OF CERTIFICATION OF CONFERRAL** |

Pursuant to this Court's Order (Doc. 18), Defendant Best Western International, Inc. certifies that on January 19, 2021 and January 20, 2021, counsel for Best Western International met and conferred with Plaintiff via e-mail to determine whether a motion pursuant to Fed. R. Civ. P. 12(b) could be avoided by the filing of an amended complaint. Proof of the parties' conferral is attached as Exhibit A. The parties were unable to reach an agreement regarding curing defects in the Complaint (Doc. 1) through amendment.

RESPECTFULLY SUBMITTED this 20th day of January 2021.

                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                By:  s/Ryan T. Mangum
                      Ryan T. Mangum, SBN 034344
                      2415 East Camelback Road, Suite 800

1  
2  Phoenix, AZ 85016  
   Ryan.mangum@ogletree.com

3  *Attorneys for Defendant Best Western International*

4  
5  
6  45692452.1  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700