# Exhibit A

# Rusie, Jennifer S.

| | |
|---|---|
| **From:** | Peter Strojnik <ps@strojnik.com> |
| **Sent:** | Wednesday, January 20, 2021 9:19 AM |
| **To:** | Rusie, Jennifer S. |
| **Cc:** | Scott, Michele N. |
| **Subject:** | Re: Strojnik v. BWI |

[Caution: Email received from external source]

We have a basic disagreement. Obviously, you have reviewed the Membership Documents and concluded that BW is not liable for violations of ACFA. I respectfully disagree. In fact, I view your threatened motion as a violation of Rule 11.

Conduct yourself accordingly.

On Wed, Jan 20, 2021 at 7:48 AM Rusie, Jennifer S. <jennifer.rusie@ogletree.com> wrote:
Peter-
This is not a time for discovery.  There is nothing fraudulent, misleading or unlawful about the relationship between BWI and its members.  As evidenced by your email below, you understand this relationship and we're not, in fact, misled. Moreover, as I pointed out previously, BWI's website makes clear that each hotel is independently owned and operated.
There was no agreement between the parties to commit a tort, and neither party committed a tort. Your Complaints' allegations in this regard are blatant falsehoods, and I suggest you amend. If you will not, we will file the MTDs today.
Thanks,
Jennifer

Sent from my iPhone


> On Jan 20, 2021, at 7:35 AM, Peter Strojnik <ps@strojnik.com> wrote:

> [Caution: Email received from external source]

> Hi, Jennifer:


> Before I can properly analyze your views, and before you file a M2D, we both need to consider the following:

>   1.   BW holds itself out as a non-profit; and

1

2. BW owns the brand Best Western Plus; and

3. BW sold the license to "Best Western Plus" to Hotelier Defendants under one of three scenarios:

　　a. **Membership Agreements:** For hotels with full Member agreements (which include Best Western, Best Western Plus, Best Western Premier, Executive Residency by Best Western, Vīb, and GLō brands), hotel licensees are Members with voting rights and access to the Best Western platform. Members pay monthly fees, annual dues, advertising assessments, technology assessments, as well as other fees and charges.

　　b. **Soft Brand Agreements:** For hotels with soft brand agreements (which include BW Premier Collection by Best Western and BW Signature Collection by Best Western), hotel licensees are not Members, must maintain minimal branding standards, and have access to the Best Western Platform. These soft brand hotels generally pay an annual fee, a percentage based fee for revenue delivered, plus pass-through costs.

　　c. **Franchise Agreements:** For hotels with a franchise agreement (which include SureStay Hotel by Best Western, SureStay Plus Hotel by Best Western brands and SureStay Collection Hotel by Best Western brands), hotel franchisees are franchisees and not Members, must maintain minimal branding standards, and have access to the Best Western platform. Franchise hotels generally pay a royalty fee of 3% of GRR and a marketing fee of 5% of GRR, plus pass-through costs.

4. BW has membership agreements with AIH and Kingman Investments; and

5. The membership agreements incorporate BW's bylaws, Rules & Regulations, Best Western's New Construction & Refurbishment Guidelines; and

6. BW requires Hotelier Defendants to strictly adhere, under a threat of penalty, to specific operational and administrative Rules and Regulations. These Rules and Regulations govern every aspect of the operations of the hotel, including without limitation, administration, operation, signage, appearance, construction, lobby, front office, buildings, grounds, public areas, guest rooms, bathrooms, and breakfast services.

7. Through contracting, licensing and other arrangements, including Best Western's New Construction & Refurbishment Guidelines, BW controls the operations of Hotelier Defendants; and

8. BW owns the physical BW signage on the hotel; and

9. Best Western is the agent for Hotelier Defendants for purposes of (1) disclosing information relating to Hotelier Defendants' hotels and (2) booking rooms at Hotelier Defendants' hotels; (I realize that the membership agreement provides that BW is not an agent for Hotelier Defendants, but if the relationship walks like an agency, quacks like an agency, it is an agency.)

10. BW sells its membership interests primarily through membership agreements, corporate bylaws and Rules and Regulations. These documents provide that Hotelier Defendants are granted a license to use the brand name "Best Western" and use the Best Western signage on their hotels.

Can you send me the membership documents between BW and the Hotelier Defendants to confirm that my understanding of the relationship is accurate? If my understanding of the relationship is significantly different from what I summarize above, I would amend my position. I continue to maintain, however, that if you slap a Mercedes emblem on a Yugo, it does not make the Yugo a Mercedes.

On Tue, Jan 19, 2021 at 8:13 PM Rusie, Jennifer S. <jennifer.rusie@ogletree.com> wrote:

> Peter-
>
> I am reaching out pursuant to Local Rule 12.1(c) to let you know that I am planning to file a motion to dismiss in the two cases you have filed against BWI, on the grounds set forth in the letter I sent you on Nov. 18.  Please let me know if you believe any of the issues are curable by amendment.  My motions are due tomorrow, so please let me know as soon as possible.  Of course, you can always agree to voluntarily dismiss my client instead.
>
> Thanks,
>
> Jennifer
>
>
> **Jennifer S. Rusie | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
> SunTrust Plaza, 401 Commerce Street, Suite 1200 | Nashville, TN 37219-2446 | Telephone: 615-687-2223 | Fax: 615-254-1908
> jennifer.rusie@ogletree.com | www.ogletree.com | Bio
>
>
> **From:** Peter Strojnik <ps@strojnik.com>
> **Sent:** Wednesday, November 18, 2020 7:42 PM
> **To:** Rusie, Jennifer S. <Jennifer.Rusie@ogletreedeakins.com>
> **Cc:** Scott, Michele N. <Michele.Scott@ogletreedeakins.com>
> **Subject:** Re: Strojnik v. BWI
>
> *[Caution: Email received from external source]*

On Wed, Nov 18, 2020 at 6:41 PM Peter Strojnik <ps@strojnik.com> wrote:

Please see attached.

On Wed, Nov 18, 2020 at 5:44 PM Rusie, Jennifer S. <jennifer.rusie@ogletree.com> wrote:

Peter-

Attached please find correspondence regarding the two lawsuits you have recently filed against BWI. Please let me know your response at your earliest convenience.

Thank you,

Jennifer

**Jennifer S. Rusie | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
SunTrust Plaza, 401 Commerce Street, Suite 1200 | Nashville, TN 37219-2446 | Telephone: 615-687-2223 | Fax: 615-254-1908
jennifer.rusie@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

--

Cordially,



Peter Strojnik
STROJNIK

7847 N. Central Ave.

4

Phoenix, AZ 85020

Telephone: 602-524-6602
e-mail ps@strojnik.com
Twitter: @strojnikpeter

This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments.

--

Cordially,



Peter Strojnik
STROJNIK

7847 N. Central Ave.

Phoenix, AZ 85020

Telephone: 602-524-6602
e-mail ps@strojnik.com
Twitter: @strojnikpeter

This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments.

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

--

Cordially,


Peter Strojnik
STROJNIK
[7847 N. Central Ave.
Phoenix, AZ 85020](#)
Telephone: [602-524-6602](#)
e-mail ps[@strojnik.com](mailto:@strojnik.com)
Twitter: @strojnikpeter

This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments.

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

--
Cordially,


Peter Strojnik
STROJNIK
[7847 N. Central Ave.
Phoenix, AZ 85020](#)
Telephone: [602-524-6602](#)
e-mail ps[@strojnik.com](mailto:@strojnik.com)
Twitter: @strojnikpeter

This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments.