Clerk of the Superior Court
*** Electronically Filed ***
10/13/2020 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

| | |
|---|---|
| CV 2020-053929 | 10/09/2020 |

| | CLERK OF THE COURT |
|---|---|
| HONORABLE THEODORE CAMPAGNOLO | G. Chavez |
| | Deputy |

| | |
|---|---|
| PETER STROJNIK | PETER STROJNIK |
| | 7847 N CENTRAL AVE |
| | PHOENIX AZ  85020 |
| v. | |
| IMARA HOLDINGS INC | JOHN J DALLER |
| | |
| | JUDGE CAMPAGNOLO |

## MINUTE ENTRY

The Court has reviewed and considered Defendant Imara Holdings, Inc.'s Motion for an Order Declaring Peter Strojnik a Vexatious Litigant, Plaintiff's Verified Response thereto and Request Limited Discovery and for Evidentiary Hearing, Defendant's Reply, the relevant filings in this case, and the applicable law. The Court finds that Plaintiff's request for limited discovery and an evidentiary hearing is unnecessary. The Court finds that oral arguments would not significantly assist the Court in ruling on the Motion. *See* Maricopa County Local Rule 3.2(d).

Defendant requests this Court to declare Plaintiff a vexatious litigant based upon his history of filing frivolous pleadings as an attorney, as well as the fact that he has filed a number of pleadings as an "ADA tester" as an unrepresented litigant. A.R.S. §12-3201 was enacted to prevent *pro se* litigants from abusing the Court system. The statute does not include lawyers, because safeguards are in place to sanction errant lawyers.

In this case, Plaintiff, who was a lawyer, was disbarred on May 10, 2019 by the Arizona Supreme Court for the filing of numerous frivolous pleadings on behalf of clients. There is nothing of substance in Defendant's Motion that delineates any violations that Plaintiff has committed as a *pro se* litigant, other than filing a number of similar lawsuits in Maricopa County and the federal courts as an ADA tester.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2020-053929                                                                10/09/2020

    Plaintiff's history as a lawyer was less than stellar when it came to filing frivolous lawsuits. However, Plaintiff has been punished for those offenses. The Court is not going to further punish Plaintiff for simply filing lawsuits in Arizona as a *pro se* litigant. The filing of numerous ADA lawsuits against different defendants, in and of itself, is not a violation of A.R.S. §12-3201. Plaintiff avows that he is an ADA tester, which means that he intends to file lawsuits alleging violations of the ADA. Other than the mere fact that Plaintiff has filed a number of lawsuits as an unrepresented litigant, Defendant failed to present any showing that Plaintiff has committed acts in violation of A.R.S. §12-3201(E).

    IT IS ORDERED that Defendant Imara Holdings, Inc.'s Motion for an Order Declaring Peter Strojnik a Vexatious Litigant is denied.

    IT IS FURTHER ORDERED that Plaintiff's Request Limited Discovery and for Evidentiary Hearing is denied as moot.