# EXHIBIT 1

FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
01/20/2021  4:36PM
BY: KAKENDRICK
DEPUTY

## SUPERIOR COURT, STATE OF ARIZONA, IN AND FOR THE COUNTY OF YAVAPAI

| | |
|---|---|
| PETER STROJNIK,<br><br>    Plaintiff,<br><br> -vs-<br><br><br>KASHYAP HOTELS, LLC dba AMERICA'S BEST VALUE INN PRESCOTT VALLEY; RED LION HOTELS CORPORATION,<br><br>    Defendants. | Case No.  V1300CV202080186<br><br><br>**UNDER ADVISEMENT RULING** |

| | |
|---|---|
| **HONORABLE CHRIS L. KOTTKE** | **BY:**  Melissa May, Judicial Assistant |
| **DIVISION PRO TEM B** | **DATE:** January 20, 2021 |

The Court has received *Defendant Kashyap Hotels, LLC's Motion to Dismiss Plaintiff Peter Strojnik's Complaint* filed December 11, 2020; *Plaintiff's Response to Defendant Kashyap Hotels, LLC's Motion to Dismiss Complaint* filed December 16, 2020; and *Defendant Kashyap Hotels, LLC's Reply to Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Complaint* filed December 28, 2020.

The Court **GRANTS** the Defendant's Motion to Dismiss with prejudice.

Defendant Red Lion Hotels Corporation filed a *Motion for an Order Declaring Peter Strojnik a Vexatious Litigant*.   Mr. Storojnik responded with *Plaintiff's Verified Response to Defendant Red Lion Hotels Corporation's Motion to Declare him a Vexatious Litigant and Request Limited Discovery and for Evidentiary Hearing*; and *Defendant Red Lion Hotels Corporation's Reply in Support of Motion for an Order Declaring Peter Strojnik a Vexatious Litigant*.   On December 5, 2020, the Presiding Judge of Yavapai County has delegated to this Division the duty to review and rule on this Motion.  This Court heard oral argument on this Motion, January 19, 2021.

In reaching its conclusion herein, the Court is not relying exclusively on Plaintiff's background as it relates to his disbarment in Arizona for bringing frivolous lawsuits as alleged under the Americans with Disabilities Act.   Furthermore, the Court is not relying exclusively on the volume of like Plaintiff *pro per* filed cases now pending in Yavapai County, or those like cases which were recently removed to Federal Court from Yavapai County.   However, the Court has considered the foregoing to provide context to the instant Motion.  In this matter, the Court must consider the present, without being overly moved by former matters.

*V1300CV202080186*
*Strojnik v Kashyap, et al.*
*Page 2*

Vexatious conduct is defined in A.R.S. § 12-3201 (E), subsection 1 (c), as "Court actions brought or defended without substantial justification." The term "without substantial justification" is defined in A.R.S. § 12-349(F), and means "that the claim or defense is groundless and is not made in good faith."

In this matter, the Court has dismissed the cause of action, and finds that the claim of Plaintiff, and the subsequent Motions after dismissal, were brought without substantial justification as such is further defined under Arizona law. Requiring the Defendants to further respond and expend resources on this matter is not just. Not only such, but the diversion of judicial, court clerk and administrative resources in managing such files is unnecessary. *See, Acker v. CSO Chevira*, 188 Ariz. 252, 934 P.2d 816 (App. 1997).

Consequently, the Court is herein declaring the Plaintiff a Vexatious litigant under A.R.S. § 12-3201. This Court will defer to the Yavapai County Presiding Judge, or his delegee, for a determination whether the Vexatious litigant status shall pertain to the like actions currently pending in Division One. With respect to this matter, except for an appeal, the Plaintiff shall request leave to file further pleadings. Any violation of this Order shall result in appropriate sanctions.

The Plaintiff's *Request for Limited Discovery and For Evidentiary hearing* is DENIED.

Plaintiff's *Motion for Partial Summary Judgment* is DENIED, as Moot.

There being no further matters pending, this is a final order pursuant to Rule 54(c).

eSigned by Christopher L Kottke  01/20/2021 16:30:52 WvyOU4F6

Hon. Chris L. Kottke

cc:  Peter Strojnik – 7847 N. Central Avenue, Phoenix, AZ 85020
     William D. Holm – *Jones, Skelton & Hochuli, PLC* (e)
     Sean P. Healy – *Lewis Brisbois Bisgaard & Smith, LLP* (e)
     Dispo Clerk (e)

Electronic Service List
WILLIAM D HOLM <minuteentries@jshfirm.com>
SEAN P HEALY <azdocketing@lewisbrisbois.com>

*V1300CV202080186*
*Strojnik v Kashyap, et al.*
*Page 3*



# YAVAPAI COUNTY SUPERIOR COURT

# HEALTH & SAFETY SCREENING GUIDELINES

Effective June 1, 2020 the Yavapai County Superior Court will be practicing health and safety measures for those persons coming into the courthouses. Please note the following procedures that court staff will be following until further notice.

- All persons coming into the Superior Court facilities will be required to wear a mask at all times unless directed otherwise.
    - ◊ **Please bring your own mask**. If you do not bring a mask, one will be provided for you.
    - ◊ If you refuse to wear a mask, you will be denied entry into the courthouse.
- You will be asked the following three questions prior to entering through the magnetometer:
    - ◊ *Have you tested positive for COVID-19 in the past 10 days or are you currently waiting for test results?*
    - ◊ *Have you had contact with someone who has tested positive for the COVID-19 virus in the last 14 days?*
    - ◊ *Have you experienced any symptoms of COVID-19 in the last 10 days?*
        - ∗ *If you answer "yes" to any of these questions, you may be denied entry into the courthouse until cessation of symptoms, diagnosis other than COVID-19 explains a symptom, or negative COVID-19 test results no longer indicate COVID-19 infection under the CDC guidelines. You may request an exception by completing a form and submitting it to Court Administration for consideration.*
- Court Security and/or other court staff will be checking your temperature upon entry.
    - ◊ Your temperature will be scanned by an infrared digital thermometer. It will be placed approximately two to five centimeters away from your forehead.
    - ◊ If your temperature reads 100.4° F or higher, you will be denied entry into the courthouse and directed to contact the Division or department in which you had business by telephone or alternate means. *Upon request, you may re-test once after 15 minutes.*
    - ◊ Court Security Officers will be equipped with masks and gloves while conducting temperature checks and screening equipment will be frequently sanitized for everyone's protection.

**Some activities can raise your body temperature.  Heavy exercise and/or caffeine intake can raise your body temperature.  Ensure these activities are limited prior to coming to the courthouse.**

**<u>SYMPTOMS OF COVID-19</u>**
**Shortness of breath or difficulty breathing, cough, sore throat, muscle pain or body aches, body temperature of 100.4°F or higher, new loss of taste or smell, fatigue, headache, congestion or runny nose, nausea or vomiting, diarrhea.**
**Some medical conditions can affect temperatures.  If you are willing, please discuss with us if you feel a separate condition exists that may cause an elevated reading.**

# EXHIBIT 2

FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
11/16/2020 8:46AM
BY: JHARSHMAN
DEPUTY

## SUPERIOR COURT, STATE OF ARIZONA, IN AND FOR THE COUNTY OF YAVAPAI

| | |
|---|---|
| PETER STROJNIK,<br><br>Plaintiff,<br><br>-vs-<br><br>KASHYAP HOTELS, LLC dba AMERICA'S BEST VALUE INN PRESCOTT VALLEY; RED LION HOTELS CORPORATION,<br><br>Defendants. | Case No. V1300CV202080186<br><br>ORDER GRANTING MOTION TO DISMISS COMPLAINT |
| **HONORABLE CHRIS L. KOTTKE**<br><br>**DIVISION PRO TEM B** | BY: Melissa May, Judicial Assistant<br><br>DATE: November 13, 2020 |

The Court has received *Defendant Red Lion Hotels Corporation's Motion to Dismiss Complaint* filed October 12, 2020; *Plaintiff's Response to Defendant Red Lion's Motion to Dismiss Complaint* filed October 13, 2020; and *Defendant Red Lion Hotels Corporation's Reply in Support of Motion to Dismiss Complaint* filed November 2, 2020.

**IT IS ORDERED** GRANTING the Defendant's Motion to Dismiss Complaint with prejudice.

eSigned by Christopher L Kottke 11/16/2020 08:27:18 wXPCaQZS

Hon. Chris L. Kottke

cc: Peter Strojnik – 7847 N. Central Avenue, Phoenix, AZ 85020
Sean P. Healy – *Lewis Brisbois Bisgaard & Smith, LLP* (e)
Dispo Clerk (e)

Electronic Service List
SEAN P HEALY <azdocketing@lewisbrisbois.com>



| YAVAPAI COUNTY SUPERIOR COURT | | HEALTH & SAFETY SCREENING GUIDELINES |
|---|---|---|

Effective June 1, 2020 the Yavapai County Superior Court will be practicing health and safety measures for those persons coming into the courthouses. Please note the following procedures that court staff will be following until further notice.

- All persons coming into the Superior Court facilities will be required to wear a mask at all times unless directed otherwise.
    ◊ **Please bring your own mask**. If you do not bring a mask, one will be provided for you.
    ◊ If you refuse to wear a mask, you will be denied entry into the courthouse.
- You will be asked the following three questions prior to entering through the magnetometer:
    ◊ *Have you tested positive for COVID-19 in the past 10 days or are you currently waiting for test results?*
    ◊ *Have you had contact with someone who has tested positive for the COVID-19 virus in the last 14 days?*
    ◊ *Have you experienced any symptoms of COVID-19 in the last 10 days?*
        * *If you answer "yes" to any of these questions, you may be denied entry into the courthouse until cessation of symptoms, diagnosis other than COVID-19 explains a symptom, or negative COVID-19 test results no longer indicate COVID-19 infection under the CDC guidelines. You may request an exception by completing a form and submitting it to Court Administration for consideration.*
- Court Security and/or other court staff will be checking your temperature upon entry.
    ◊ Your temperature will be scanned by an infrared digital thermometer. It will be placed approximately two to five centimeters away from your forehead.
    ◊ If your temperature reads 100.4° F or higher, you will be denied entry into the courthouse and directed to contact the Division or department in which you had business by telephone or alternate means. *Upon request, you may re-test once after 15 minutes.*
    ◊ Court Security Officers will be equipped with masks and gloves while conducting temperature checks and screening equipment will be frequently sanitized for everyone's protection.

**Some activities can raise your body temperature. Heavy exercise and/or caffeine intake can raise your body temperature. Ensure these activities are limited prior to coming to the courthouse.**

**<u>SYMPTOMS OF COVID-19</u>**
**Shortness of breath or difficulty breathing, cough, sore throat, muscle pain or body aches, body temperature of 100.4°F or higher, new loss of taste or smell, fatigue, headache, congestion or runny nose, nausea or vomiting, diarrhea.**
**Some medical conditions can affect temperatures. If you are willing, please discuss with us if you feel a separate condition exists that may cause an elevated reading.**