Peter Strojnik
7847 North Central Avenue
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>                        Plaintiff,<br><br>        vs.<br><br>Kingman Investments, LP dba Best Western Plus a Wayfarer's Inn & Suites; Best Western International, Inc.<br><br>                        Defendants | Case No: 3:20-cv-08333-JJT<br><br>**MOTION TO CONSIDER DEFENDANT'S MOTIONS TO DISMISS PURSUANT TO 12(B)(1) AND 12(B)(6) SEQUENTIALLY** |

As indicated in the companion *Motion That Defendant Prove Removal Jurisdiction* and *All Writs Act Motion For Writ Of Prohibition Against Messrs. Ludwig And Potts*, Dkt. 29, Plaintiff chose his preferred forum in the Superior Court. Defendant removed the Superior Court claim to the District Court claiming jurisdiction, Dkt. 1, only to claim in the Motion to Dismiss, Dkt. 27, that the District Court does not have jurisdiction. In the Motion to Dismiss, Defendant also moves to dismiss for failure to state a claim.

The District Court has routinely ruled that Plaintiff lacks Article III standing, while the Maricopa County Superior Court has routinely held that he does. Plaintiff does not expect a different result here. Since the District Court's dismissal for lack of standing would deprive the Court of jurisdiction to address the motion to dismiss for failure to state a claim, Plaintiff respectfully requests that the Court first decide the 12(b)(1) motion and, if denied, grant Plaintiff leave to respond to the 12((b)(6) part of the motion.

1      RESPECTFULLY SUBMITTED this 4th day of February 2021.

2                    **PETER STROJNIK**

3

4                    Peter Strojnik

5                    Plaintiff

6 ECF filed this 1st day of February 2021 thence to be distributed through PACER.

7 /s/